IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )        4:13CR3074
                               )
     v.                        )
                               )
MARK FHUERE,                   )        ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue change of plea hearing (Filing No. 20). Subject to the filing of a written waiver of speedy trial, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Tuesday, February 18, 2014, at 1:30 p.m.** in Courtroom No. 4, Robert V. Denney Federal Building, Lincoln, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to finalize plea negotiations, and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between January 14, 2014, and February 18, 2014, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court