IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CR3074 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK FHUERE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 34).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted.  His brief in support of motion for variance from the sentencing guidelines and objection to the RPSR shall remain restricted pending further order of the Court.

DATED this 2nd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court